IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00334-CV

 

In
the Matter of the Marriage of 

Theresa
Margarita Mata and Richard A. Mata, 

and
in the Interest of C.N.M. and T.A.M.M., Children

 

 



From the 414th District
Court

McLennan County, Texas

Trial Court No. 2008-471-5

 



MEMORANDUM  Opinion



 








The Clerk of this Court notified the
parties that the appellant’s brief was overdue in this cause and that the
appeal may be dismissed if an appropriate response was not filed within
twenty-one days.  No response has been received.  Accordingly, the appeal is
dismissed for want of prosecution.  See Tex. R. App. P. 38.8(a)(1), 42.3.

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed April 8, 2009

[CV06]